1  CHRISTOPHER E. COBEY, Bar No. 060821
   ISELA PEREZ, Bar No. 267859
2  LITTLER MENDELSON
   A Professional Corporation
3  50 W. San Fernando, 15th Floor
   San Jose, CA  95113.2303
4  Telephone:    408.795.3425
   Facsimile:     408.790-0564
5  ccobey@littler.com
   iperez@littler.com
6

7  Attorneys for Defendant
   NOB HILL CATERING, INC.
8

9                UNITED STATES DISTRICT COURT

10               NORTHERN DISTRICT OF CALIFORNIA

11 OMAR TEPETE CASTRO,              Case No.  C 11-00051 CW

12          Plaintiff,               **PARTIES' STIPULATION AND
                                     ORDER RESETTING DATE OF CASE
13     v.                            MANAGEMENT CONFERENCE**

14 NOB HILL CATERING, INC.,

15          Defendant.

16

17         The Case Management Order dated April 15, 2011 set the Case Management

18 Conference (CMC) for April 19, 2011 at 2:00 p.m., a date and time not available to both counsel in

19 this case because of previously-set court appearances.

20         After consultation, case counsel stipulate that the first CMC date and time available to

21 both of them is Tuesday, May 17, 2011, at 2:00 p.m., and respectfully request that the Case

22 Management Conference be re-set to that date and time.

23 //

24 //

25 //

26 //

27 //

28 //

STIP/ORDER RE-SETTING CMC                                            CASE NO. C 11-00051 CW

Dated: April _____, 2011

_____
TOMAS MARGAIN
DAL BON & MARGAIN
Attorneys for Plaintiff
OMAR TEPETE CASTRO

Dated: April _____, 2011

_____
CHRISTOPHER E. COBEY
LITTLER MENDELSON
A Professional Corporation
Attorneys for Defendant
NOB HILL CATERING, INC.

## **ORDER**

Based on the foregoing stipulation between counsel,

IT IS ORDERED that the Case Management Conference set for April 19, 2011 is re-scheduled for Tuesday, May 24, 2011, at 2:00 p.m.

DATED:   April 18, 2011

_____
CLAUDIA WILKEN
UNITED STATES DISTRICT JUDGE

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
50 W. San Fernando, 15th Floor
San Jose, CA  95113.2303
408.998.4150

STIP/ORDER RE-SETTING CMC     2.     CASE NO. CV11-00051 CW