```
TOMAS E. MARGAIN, Bar No. 193555
DAL BON & MARGAIN APC
28 NORTH 1ST SUITE 700
SAN JOSE, CA 95113
TEL (408) 297-4729
FAX (408) 297-4728
margainlaw@hotmail.com
```

Attorneys for Plaintiff

```
CHRISTOPHER E. COBEY, Bar No. 060821
ISELA PEREZ, Bar No. 267859
LITTLER MENDELSON
50 W. San Fernando, 15th Floor
San Jose, CA  95113.2303
Telephone:     408.998.4150
Facsimile:     408.288.5686
```
Attorneys for Defendant
NOB HILL CATERING, INC.

# UNITED STATES DISTRICT COURT

## FOR NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OMAR TEPETE CASTRO<br><br>Plaintiff<br><br>v.<br><br>NOB HILL CATERING, INC.<br><br>Defendants | Case No.: 4:11-cv-00051-CW<br><br>**STIPULATION TO DISMISS WITH PREJUDICE; COURT TO RETAIN JURISDICTION FOR 30 DAYS TO ENFORCE PAYMENT AGREEMENT** |

THE PARTIES THROUGH THEIR ATTORNEYS OF RECORD HEREBY STIPULATE AS FOLLOWS:

1. The matter has fully settled. The case settled during a formal mediation session conducted by R. Stephen Goldstein appointed by this Court's ADR office.

- 1 -

STIPULATION AND ORDER

2. Without waiving the confidentiality afforded mediation sessions, and without admitting liability, the matter settled for more than what Plaintiff claimed as earned but unpaid overtime wages.

3. The parties have executed a written settlement agreement settling all claims made in the Complaint.

4. The parties stipulate that this matter be dismissed with prejudice.

5. The terms of the settlement agreement call for payment to be made within 30 days and after the matter is dismissed with prejudice.

6. As such, the parties request that the Court retain jurisdiction until October 24, 2011 in the event the payment is not made.

IT IS SO STIPULATED.

| FOR PLAINTIFF | DAL BON & MARGAIN |
|---|---|
| DATED: September 19, 2011 | By: //s// Tomas E. Margain<br>**Tomas E. Margain** |

| FOR DEFENDANT | LITTLER MENDELSON |
|---|---|
| September 19, 2011 | By: *(signature)*<br>**Christopher E. Cobey** |

## ORDER

Based on the stipulation of counsel and good cause shown, this matter is dismissed with prejudice. All deadlines are hereby terminated. The parties have reached a settlement through counsel during adversarial proceedings. The Court retains jurisdiction to enforce the terms of the

payment provision of the settlement until October 24, 2011.  At that time, the Court directs the clerk to close the file.  This Order is without waiving the ability of any party to move to enforce other provisions of the settlement agreement if there is a breach by separate legal proceedings.

IT IS SO ORDERED.

Dated:  9/19/2011

By: *Claudia Wilken*

**Hon. Claudia Wilken**
United States District Court Judge

STIPULATION AND ORDER